✎GAM 35　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　Crim. No.　5:21-CR-00009-010 (MTT)

**MORGAN ALLISON**

On April 15, 2022, the supervised release period of 36 months commenced. Morgan Allison has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Morgan Allison be discharged from supervision.

Respectfully submitted,

*/s/ James O. Poe, III*

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   15th   day of   February  , 2024.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE